**Order filed, September 02, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00474-CV

_____

**TEXAS WINDSTORM INSURANCE ASSOCIATION, Appellant**

**V.**

**DICKINSON INDEPENDENT SCHOOL DISTRICT, Appellee**

---

**On Appeal from the 405th District Court
Galveston County, Texas
Trial Court Cause No. 12-CV-2012**

---

## ORDER

The reporter's record in this case was due **August 25, 2016**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Tamra Parks**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM